**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2099**

CRYSTAL WEAVER BROWN,

              Plaintiff - Appellant,

      v.

CAROLYN W. COLVIN, Commissioner of the Social Security
Administration,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Kaymani Daniels West, Magistrate
Judge.  (5:15-cv-00321-KDW)

Submitted:  January 31, 2017      Decided:  February 2, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Crystal Weaver Brown, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Weaver Brown appeals the magistrate judge's order upholding the Commissioner's denial of Brown's applications for disability benefits and supplemental security income.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Colvin, No. 5:15-cv-00321-KDW (D.S.C. Aug. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

2